UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELEMAN ASKARBEK UULU,<br><br>Petitioner,<br><br>v.<br><br>MARION COUNTY ADULT DETENTION CENTER,<br>SAMUEL OLSON,<br>DAVID VENTURELLA,<br>MARKWAYNE MULLIN,<br>TODD BLANCHE,<br><br>Respondents. | ) | No. 1:26-cv-01673-RLY-MG |

**Order Dismissing Action**

Petitioner's notice of voluntary dismissal, dkt. 14, is **effective** as a notice of dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. No final judgment is required under these circumstances.

The clerk is **directed** to close this action on the docket.

**IT IS SO ORDERED.**

Date: 9/02/2026

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel